Plaintiff's Name **Ricky T. Foster**

Inmate No. **D16470**

Address **PO Box P4400-CSP-Wasco**

**(B.) Wasco CA 93280**

FILED

SEP 05 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

**Ricky Tyrone Foster**

(Name of Plaintiff)

Case Number: **1:23CV 00934 JLT HBK (PC)**

vs.

**J. Burnes (R&R - Sgt.);**

**T. Campbell (A) Warden**

_____

_____

_____

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

[X] 42 U.S.C. 1983 (State Prisoner)

[ ] **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED

SEP 05 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

    A. Have you brought any other lawsuits while a prisoner? Yes [✓] No ____

    B. If your answer to A is yes, how many? **7**

        Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

        1. Parties to this previous lawsuit:

        Plaintiff **Ricky Foster**

        Defendants **Don't have this info?**

        2. Court (if Federal Court, give name of District; if State Court, give name of County)
        **Eastern Dist.**

        3. Docket Number **" "**    4. Assigned Judge **" "**

        5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
        **" "**

(1 OF 19)

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice.  *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

   A. Is there an inmate appeal or administrative remedy process available at your institution?

   Yes __✓__    No _____

   B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

   Yes __✓__    No _____

   C. Is the process completed?

   Yes __✓__          If your answer is yes, briefly explain what happened at each level.

(SEE EXHIBIT-A), AND (EXHIBIT-B, GOVERNMENT CLAIM)

_____

_____

_____

   No _____     If your answer is no, explain why not.

_____

_____

_____

_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

   A. Name J. BURNES (SGT)   is employed as CDCR- SERGEANT AT CSP- CORCORAN

   Current Address/Place of Employment 4001 KINGS AVE., CORCORAN CA 93217

(2 OF 10)

B. Name _T. CAMPBELL_ is employed as _CDCR- ACTING WARDEN_

Current Address/Place of Employment _4001 KINGS AVE., CORCORAN CA 93212_

C. Name _N/A_ is employed as _____

Current Address/Place of Employment _____

D. Name _N/A_ is employed as _____

Current Address/Place of Employment _____

E. Name _N/A_ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

<u>Claim 1</u>:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

_____

_____

_____

<u>Supporting Facts</u> (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

This civil action follows a bias and prejudicial Order issued in violation

of, Title 28 U.S.C.§ § 144 and 455,"actual and judicial-bias" wherein,this

("IS") the second civil case (Foster v.KDMC & Lee,case#:1:21-cv-01044-HBK)

said magistrate judge had issued bias Order's.And Plaintiff states as

follows,but is not limited to:

_____

_____

(3 OF 10)

1

2          . On July 19, 2021, upon my return to Corcoran state prison

3   general population, while I was seated on the transportation Van from

4   the Substance Abuse Treatment Facility (CSP-SATF,) general population

5   wherein, the Van contained approx 14, other arrival's with four being

6   unable to be housed on facility-C, (2, was due to the failure to COVID

7   test, and the other 2, had emenies)

8          Defendant Burnes, who is a Sergeant (Sgt.) in the Receiving

9   and Release (R & R) summend myself off the Van with the use of my

10  prison id card, upon doing such, I was escotted by Sgt. Burnes, and a

11  total of 3 to 4 other non-ranking prison guards, I was taken to the

12  very back area out of sight of R & R? and once there, I was instruc-

13  ted by Sgt Burnes, to set-inside the 6' x 4" standing Cage? upon

14  doing so, fearful I asked why was I being placed in the area? Sgt.

15  Burnes would not say until after I was secured inside the stand

16  alone 6' x 4" holding Cage.

17          Upon entering the Cage, Sgt. Burnes locked the cage and

18  told me that:"Becuase I was on single cell status and holding-tanks

19  are considered cell here at Corcoran; and welcome back to corcoran?"

20  this placment was done at 10:30 a.m.

21          The whole  time held inside the 6' x 4" inch hold cage,

22  during dead-summer (July 19, 2021) there were no Central A/C-system,

23  I could  hardly "Breathe" , I was denied food, water, rest room break/

24  access, and any medical attention wherein, it was not until 4:30 p.m.

25  when a unknown guard came back in the area of R & R, I asked for

26

27  water, and use of the    toilet, and something    to eat?

28

(4-OF 10)

1    I was asked,"Why was I back there?" I responded,I did
2  not know? and was a new arrival from CSPSATF (G.P) going to
3  corcoran facility-C yard (G.P) the guard (sic) left and approx
4  20 to 30 minuted retunred and removed me from the holding cage,
5  to a cell room next to the holding tank that 8 inmate's out 14
6  were  being held,and I was not able to see the     t clock until
7  such reclocation which showed the time was after 4:30 p.m.
8  which means, that,I was held back in the very back area for 6
9  long tortures hours of exposure to extreme heat,deprivation of
10  "the minimal civilized measure of life's necessities" i.e.,
11  A/C,Food,Water,Use of the Toilet,and Medical attention in
12  violation of my 8th Amendment Right's to due process and equal
13  protection of law,and of my liberty  protected Civil Right's.
14    If,I was a white male,I would not had been subjected
15  to such due process violation,as Sgt.Burnes is white,and did
16  so,under "color of state law"

17    Defendant T.Campbell On October 8,2021,abused her auth-
18  orities by violated/ing,CDcr's policy and procedures that has
19  zero tolerance of "CODE OF    SILENCE" when she,attempted to
20  cover-up Sgt.Burnes misuse of authorities,by claiming in response
21  to my 602 by stating:
22   "This Supervisorial Review has revealed Staff did not
         violate departmental policy, with regards to Claimant's
23  allegations ofpunitive or retaliatory placement into a holding
       Nor was any evidence discovered to support the allegation that
24       Claimant was denied drinking , water or restroom breaks."
25   (See Exhibit-A,602/grievance log#149899,attached to complaint
         section III  REASONING AND DECISION.):
26
27
28                              (5 of 10)

I,suffer from but is not limited to:

a.)"H.pylori infection;and GERD which I am being treated with Omeprazole"

b.) High Blood pressure I am being treated with amLODLPine;

c.) Seven-deformed rib's which I am being treated for daily pain with 220mg's of Naproxen;

d.) Suffered three surgery's to right lower extremedy,to prevent loss of lower leg;and

e.) Was under Mental health Care.;and ADA.

I was deprived of any medical care or,mental health supervision during long 6 hour's of being held without supervisior approval in the  6' x 4" stand alone holding cage,I was not  provided any of my needed medication's,as no prison guard's came to ever check on my person,I did not see any prison guard until long after shift had changed wherein,I asked for medical attention and water,food and use of the toilet,which this was at: 4:30pm I was suffering from disstress and "dehydration", from being both,unconstitutionally deprived of,"water,and zero Central A/C-system" during very hot summer.

The long 6 hour confiment had a negative,and adverse affect upon my mental health!(See, Exhibit- C ,Medical Records.)

### THE ACTIONS COMMITEE BY DEFENDANT:BURNES WAS IN RETALIATION FOR PLAINTIFF FILING AND PURSUING CIVIL ACTIONS AGAINST OTHER COROCRAN PRISON GUARD(S)

RETALIATION:
Prisoners have a First Amendment right to file a grievance of-

(6 OF 10)

1   civil rights compalints against prison guards(Brodheim v.Cry,584
2   F.3d 1262,1269(9th Cir 2009)). A retaliatory motive may be shown
3   by the timeing of the allegedly retaliatory act or other circum-
4   stantial evidence,as well as direct evidence.(Rhodes v Robinson,
5   408 F.3d 559,567-68(9th Cir 2005);and Bruce v.Ylst,351 F.3d 1283,
6   1288-89(9th Cir.2003)
7       The defendant Burnes,upon singling myself off the transportation
8   van,had known about myself as he intentionally searched through
9   the handful of prison identification cards until he came to mines,
10  and ordered myself off the van,and then escorted myself along with
11  four other prison guard's,as defendant Burnes was leading the
12  escort we passed by an empty holding tank and I was ordered at the
13  diæctions of defendant Burnes to entered into a "back room"deep in
14  the back of R & R? and was ordered by defendant Burnes to step in-
15  side the 6' x 4" stand alone holding cage? and upon doing so,the
16  defendant Burnes stated,,"weclome back to Corcoran
17  I asked defendant Burnes:
              "Why am I being put inside this cage?"
18
19  the response from defendant Burnes:
20            "You are single cell status and holding-tanks are
21        considered cell here in corcoran; and weclome
          back to corcoran"
22
23  This was in response to,pending civil actions against other prison
24  gurads & warden at corcoran.(Foster v.Sexton,warden Case#18C-0032
    and Foster v.Baker,et al.,1:18-cv-01511-DAD-SAB.)
25  There are no such policy or practice within any state prison's
26  in CDCR that states,holding tank's are considered cell's,and nor
27
28
                        (7 of 10)

is there any at  corcoran sugesting the same,there were no marking
mentioning in any level's of the filed administrative Grievance
to support holding tank's are considered cell's at corcoran(exh-A,
 supra.)nor,safety concerns to support placing myself in th 6' x 4"
inch stand alone holding cage for 6 long hot hours (Exhibit- D    ,
Classification Committee Chrono & Auditot Action.)

    The summer heat had gone to approx well over a 100 degrees
during summare time on July 19,2021,from 10:30 am till 4:30 pm,with-
out any central A/C system and without any prison official's ever
checking in on myself to see if I was in need of water,food,and
both,toilet and medical attention being given to all other tranfer-
in's (14) who all were not deprived such basic human needs,and
now,for this biast magaistrate judge:"HELENA M.BARCH-KUCHTA" to,
prejudicially and racistly suggest in her June 2,2023,order that,
"however,Plaintiff does not state that he had any medical needs
during that time. Nor are the conditions described by Plaintiff
objectively serious that they rise to "serious deprivations of
basic human needs" (page 5,June 2,2023,Order)

### DEFENDANT BURNES ACTIONS ON JULY 19,2021, WAS DONE "TOTALLY WITHOUT PENOLOGICAL  JUSTIFICATION"

 Defendant Burnes, actions was deliberate,and intentional to depri-
ve Plaintiff of "the minimal civilized measure of life's necessi-
ties," such as,but was not limited to:food,water,medical attention
access to his needed medication's,use of the toilet,and A/C-
system during summer (July 19,2021),were As Plaintiff's witnesses
saw the whole incident.(See Exhibit- E    ,Declaration's from:

1 | Myron A.Payme,cdc# H91139; Curtis Hunter,cdc# G05202;and Luis
2 | Estrada,cdc# H81292.) each were on the van when defendant Burnes
3 | seach searched for Plaintiff's i.d-card,and ordered him off the van,
4 | and did not see plaintiff until after 4:00 PM.
5 |     The magistrate judge Screening Order,makes it very clear
6 | that,and like in a another civil action assigned to her in Foster
7 | v. Kaweah Delta Medical Center,et al.,# 1:21-cv-01044-HBK(PC),where
8 | there,as in the present case,the magistrate judge racial position
9 | is that,plaintiff has no right's to cause any civil liability upon
10 | any defendant's,and that,such actions were not serious deprivation
11 | of which to satiafy a Eighth Amendment violation,or that,any of
12 | his claims are mere conclusory assertions? which said magistrate
13 | judge has abused her judicial discretion by prejudicially excluding
14 | evidence that establish Eighth Amendment violation against the
15 | defendant's.
16 |     Magiatrate judge Kuchta,has made it clear that,still in
17 | the 21st centry that,it is no crime or a civil rights violation
18 | for a white man to "LEGALLY TORTURE" a AFRICAN man,who has no human
19 | rights under any legal standards,the defendant Burnes,who intention-
20 | ally,and deliberately violated plaintiff's Eighth Amendment Rights
21 | subjected plaintiff to 6 hour's torture,confinment inside a 6' x 4"
22 | stand alone holding cage without affording any A/C-system during
23 | July 19,2021,in a closed room with extreme central valley heat well
24 | above 100 degree's with a closed room whose humidty was well above
25 | 80 degree's,denied plaintiff's rest room breaks, drinking water,
26 | medical attention,access to his"HighBlood p½ressure medication" of
27 |
28 |

(9 OF 11)

1   "amLODIPine" or his 81 mg Aspirin for his heart,denied plaintiff

2   food,and protection from exposure to extreme heat..This magistrate

3   judge Kuchta,claims are conclusory assertion,and were not serious

4   deprivation of basic human needs,under the Eighth Amendment,and

5   was not objectively serious risk to plaintiff helath and wellbe-

6   ing? which magistrate judge Kuchta, appears to be harbor racial

7   bias,and a member  of a current white-supremacist? in either of

8   these titles/beliefs,magistrate judge Kuchta,isclealry prejudice

9   and holds extreme,"DEEP SEATED JUDICIAL bias,in depriving him of

10  a  fair and unbias,impartial hearing/screening of a bona fide

11  civil action.

12

13  Based on these factual disputes,the plaintiff is entitled jury

14  award against the named defendants,defendant Campbell was well

15  awre of defendant Burnes actions,she address his misconduct and

16  then defendaed defended his misconduct.

17  ///

18

19

20

21

22

23

24

25

26

27

28

( 10 OF 11 )

**V. Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Plaintiff seeks the following,but is not limited to relief's: 1.)Recuse the magistrate judge Kuchta; 2.) Jury trial on all triable issue's; 3.) Award compensatory and punitive damages against each defendant's in  the sum's of: $1.million in compensatory damage(s) and $100,000 each against each named defendant's in each of their individual capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/31/23      Signature of Plaintiff: _____

(Revised 4/4/14)

(10 OF 10)

# EXHIBIT







CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

Re: Appeal Claims Decision Response

**Offender Name:** FOSTER, RICHARD TYRONE

**CDC#:** D16470

**Current Location:** COR-Facility 03C

**Date:** 01/03/2022

**Current Area/Bed:** 03C001 2 - 250001L

**Log #:** 000000149899

**Claim # 001**

**Received at Institution/Parole Region:** California State Prison, Corcoran

**Submitted to Facility/Parole District:** COR-Facility 03C

**Housing Area/Parole Unit:**

**Category:** General Employee Performance       **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/03/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

able to relocate Claimant due to other inmates occupying the other holding cells. Staff ensured all the needs and concerns for Claimant were addressed during the duration in R&R.

This Supervisorial Review has revealed staff did not violate departmental policy with regard to Claimant's allegations of punitive or retaliatory placement into a holding cell. Nor was any evidence discovered to support the allegation that Claimant was denied drinking water or restroom breaks. However, staff failed to follow departmental policy with regard to generating a Facility Isolation Log Sheet (holding cell log) to document the time spent in the holding cell, and the regular offering of drinking water and restroom breaks. Additionally, Claimant was inside the temporary holding cell over a four (4) hour time frame without a Manager's approval.

## IV. REMEDY

Corrective Action has been provided to R&R staff regarding Operational Procedure 241, and the proper use of a Facility Isolation Log Sheet when a holding cell is used when custody deems it necessary for the safety and security of the institution.

### Decision: Approved

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602 -3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| T. Campbell [CATA003] | CDW (A) | 10/08/2021 |



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** FOSTER, RICHARD T.                                    CDC#: D16470

**Date:** 08/11/2021

**Current Location:** COR-Facility 03C                          **Current Area/Bed:** 03C001 2250001L

**From:** Office of Grievances at California State Prison, Corcoran

**Re:** Log # 000000149899

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 08/09/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 10/09/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR 3046 (02/17/20)
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

2 25


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

Offender Name: FOSTER, RICHARD T.                                    CDC#: D16470

Date: 08/11/2021
Current Location: COR-Facility 03C                          Current Area/Bed: 03C001 225000 1L

From: Office of Grievances at California State Prison, Corcoran

Re: Log # 000000149399

The California Department of Corrections and Rehabilitation Office of Grievances at California State
Prison, Corcoran received your grievance on 08/09/2021. Your grievance has been assigned for review
and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no
later than 10/09/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a
grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with
the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #:_____ | Date Received:_____ |
|---|---|---|
| | Date Due:_____ | |
| | Categories:_____ | |
| | Grievance #: 149894 | |

Claimant Name: RICKY T. FOSTER _____ CDCR #: D16470

Current Housing/Parole Unit: 3CC1-25D _____ Institution/Facility/Parole Region: CSP-CoR.

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

_____
_____

_This is the process to appeal the decision made regarding a claim that is not listed above._

Claim #: 001 _____

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.
_I am dissatisfied with the response I was given because_ IT CONSTITUTE "GREEN WALL" COVER-UP!
1.) SCM'S SUPPORTS THAT CLAIMANT WAS NOT MAXIMUM CUSTODY ON ARRIVAL TO
CSP-COR AND HIS CASE FACTORS DID NOT SUPPORT ISOLATION TO VIOLATE/THREATEN
CCCR'S SAFETY & SECURITY. 2.) SGT. BURNS SUMMONED CLAIMANT OFF THE VAN
FIRST! THUS, THE HOLDING TANK (WAS) EMPTY! THE HOLDING TANK HOLDS 30 PLUS
INM'S, AND ONLY 10 OR 12 ARRIVED 2 WAS PLACED IN HAR? DUE TO NOT BEING COVID-19
VACCINATED, AND 2 OTHER'S WERE SENT BACK TO CSP-SATF DUE TO HAVING AN
ENEMY AT CSP-COR (WHICH A TOTAL OF 6 INM'S WAS LEFT! SO HOW WAS THE R.S.R. HOLDING
IN TANK FULL? IT WAS NOT!) 3.) SGT. BURNS WAS CLOSING THE CAGE DOOR STATED:
"WELCOME BACK TO C/CORN" WHICH WAS AN ADMISSION THAT, THE ACT AND ACTION
OF CALLING CLAIMANT OFF THE VAN FIRST! WAS RETALIATORY AND PERSONAL ➝

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have
the documents, identify them as best you can below:

_____
_____
_____
_____

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: _601_

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* AND TARGETING CLAIMANT FOR HIS FILING AND PURSUING "PENDING" CIVIL CLAIMS AGAINST CSP-CORCORAN OFFICERS BECAUSE, BEING ON SINGLE CELL STATUS ARE NOT GROUNDS TO PLACE CLAIMANT WHO IS G.P. NO-TIP! NO ENEMY! TO BE DEEM FACTORS TO PLACE HIM INTO A HOLDING AD-X2 CAGE FROM 10:45 A.m TO 4:30 P.m 6 1/2 HRS WITHOUT AFFORDING HIM AIR! WATER! AND ACCESS TO USE OF A TOILET!! - THIS WAS A 8TH AMEND RIGHT VIOLATION! I'm SUING!! MORE OVER, EACH NAMED I/m's WHO ARRIVED ON JULY 19, 2021 WITH CLAIMANT WAS NOT INTERVIEWED WHO EACH CAN SUPPORT THAT, CLAIMANT WAS PULLED OFF THE VAN FIRST! AND THAT THE HOLDING TANK WAS EMPTY WITH STATUS HAS THEIR NAMES & CDC#

THE DECISION RESPONSE FAILED TO PRODUCE EVIDENCE AS CLAIMED BY SGT. BYRNES THAT, CLAIMANTS CASE FACTOR WAS GROUNDS TO PLACE HIM INSIDE THE CAGE! OR THAT CLAIMANT WAS MAXIMUM CUSTODY STATUS! I'm SUING!!

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

THE SUPPORTIVE EVIDENCE TO SUPPORT CLAIMANTS POSITION ARE, BUT IS NOT LIMITED TO: 1) STATUS SUPPORTING CLAIMANT WAS NOT ON July 19, 2021 MAXIMUM CUSTODY STATUS, AND THAT, HIS CASE FACTOR DID NOT SUPPORT SGT-BYRNES ACT, ACTIONS, RETELLATIONS AND OMISSIONS; AND 2.) THE CSP- SATF I/m's WHO ARRIVED ON July 19, 2021 WITH CLAIMANT WHO WILL SUPPORT IF INTERVIEWED THAT, CLAIMANT WAS THE FIRST PERSON CALLED OFF THE VAN AND THE R&R HOLDING TANK WAS EMPTY!!

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____    Date Signed: 10-19-2021

MAIL TO:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

EMERGENCY
APPEAL

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): FOSTER, Ricky | CDC Number: DI6470 | Unit/Cell Number: 3C01-250 | Assignment: A1-A 11(A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): "EMERGENCY"
RETACIATION'S & OTHER CIVIL RIGHT VIOLATIONS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON: 7-19-2021
APPELLANT ARRIVED TO CSP-COR VIA CSP-SAFF. UPON
ARRIVAL APPELLANT WAS SUMMOND FIRST OFF THE
VAN BY 2N/d/CO SGT. (A SHORT STOCKY EUROPEAN MALE)

B. Action requested (If you need more space, use Section B of the CDCR 602-A): 1.) THAT I
BE AFFORDED COMPENSATORY & PUNITIVE DAMAGES FOR
RETACIATION'S, EMOTIONAL STRESS, CRUEL AND UNUSUAL
PUNISHMENT FOR FILING AND PURSUING CIVIL---

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____
_____

☒ No, I have not attached any supporting documents. Reason: I was not given any
RECORDS OF WHAT HAPPEN IN PER; AND I HAVE 6
WITNESSES WHO ARRIVED WITH ME FROM CSP-SAFF
WHO IS WILLING TO COME FORTH

Inmate/Parolee Signature: _____   Date Submitted: 7-30-2021
☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only                    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
   See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name)  Title: _____ Signature: _____

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): FOSTER, Ricky    CDC Number: D16410    Unit/Cell Number: 3C01-250    Assignment: A1-A UCA

A. Continuation of CDCR 602, Section A only (Explain your issue): WHO WERE AGGRESSIVE TOWARDS APPELLANT-ASK'ED WHO APPELLANT RUN WITH? WHA RESPONDED "NO-TIP" MUSLIM!! AND WITHOUT CAUSE, SGT. IN QUESTION PERSONALLY ESCORTED APPELLANT INSIDE R-DR. AND PLACED APPELLANT IN THE BACK DECK-AREA OF R-DR. WHERE FILES B PROPERTY ARE STORED, AND PLACED APPELLANT INSIDE A "CAGE" APPELLANT STATED HE IS G.P. WHY AM I BEING PUT INSIDE THIS CAGE? SGT. STATED: "YOU ARE SINGLE CELL STATUS AND HOLDING TANK'S ARE CONSIDERED CELL HERE IN CORCORAN; AND WELCOME BACK TO CORCORAN!" APPELLANT PROTESTED AND FROM 10:45 TO 4:30 P.M HE WAS HELD INSIDE THE HOLDING CAGE! WAS DENIED WATER, AND TO USE THE TOILET! WHEREIN, 3RD(W) CLAIMED THEY WERE UNAWARE OF WHY 2ND(W) PUT APPELLANT IN THE CAGE? AND MOVED APPELLANT TO A HOLDING TIER NEXT TO THE HOLDING TANK WHERE ALL CSP-SATF APPLIAVE'S WERE HELD!! THIS WAS DONE IN RETALIATION FOR PENDING CIVIL ACTION IN COURT AGAINST 4 CSP-COR OFFICIALS (FOSTER V.C. BAKER, et al #1:15-CV-0511-DAD-SAB)

Inmate/Parolee Signature: [signature]    Date Submitted: 7-30-21

B. Continuation of CDCR 602, Section B only (Action requested): LITIGATION = AGAINST CSP-CORCORAN OFFICIALS; 2.) THAT I BE INTERVIEWED BY OFFICE OF INTERNAL AFFAIRS; AND PRISON LAW OFFICE FOR INVESTIGATION'S OF ONGOING CIVIL RIGHT'S VIOLATION FOR UNCONSTITUTIONAL RETALIATION'S FOR EXERCISING MY FIRST AMENDMENT RIGHTS; 3.) TRANSFERRED OFF OF CSP-COR. FOR ONGOING RETALIATIONS; 4.) THAT UPON EXHAUSTING OF THIS 602 THAT I WILL BE FILING AND PURSUING CIVIL LITIGATIONS AS THE SGT. IN QUESTION LABELED ME AS BEING A GANGMEMBER "BLOOD" WHICH IS UNTRUE! AND 5.) THAT I AM INTERVIEWED BY TAPE RECORDING FOR INTERNAL AFFAIRS INVESTIGATION AND THIS 602 BE FILED AS A STAFF COMPLAINT!!!

Inmate/Parolee Signature: [signature]    Date Submitted: 7.30.21



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** FOSTER, RICHARD TYRONE | **Date:** 10/09/2021 |
| **CDC#:** D16470 | |
| **Current Location:** COR-Facility 03C | **Current Area/Bed:** 03C001 2 - 250C001L |

**Log #:** 000000149899

**Claim #: 001**

**Institution/Parole Region of Origin:** California State Prison, Corcoran     **Facility/Parole District of Origin:** COR-Central Service

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance     **Sub-Category:** Substandard Performance

## I. CLAIM

Claimant alleges that on 7/19/2021 the R&R Sergeant placed him in a holding cell and he was left there from 10 AM to 4:30 PM without access to water, and a toilet. Claimant alleges this is retaliation for civil suits against staff at CSP-Corcoran.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Operational Procedure 239 – Receiving and Release
Operational Procedure 241 - Holding Cell Policy, Purpose and Objectives, C, Methods, B (1)
Operational Procedure 801- Intake Housing Unit Inmate Orientation

### B. DOCUMENTS CONSIDERED

Grievance
2140 log#: COR-2140-21-1422

## III. REASONING AND DECISION

An inquiry was conducted into the claims made by Inmate Foster, to include interviews of the subject and multiple staff witnesses.

Claimant arrived to CSP-Corcoran Receiving and Release (R&R) on July 19, 2021, as a permanent transfer at approximately 1120 hours. Claimant was screened by medical staff and processed for appropriate housing, and subsequently escorted to Facility 3C and housed at approximately 1856 hours. While being screened in R&R and appropriate housing being determined, Claimant was placed inside temporary holding cell # 8 from approximately 1200 hours until 1830 hours, approximately 6 1/2 hours.

The R&R staff on duty that day were interviewed. There was no evidence discovered to indicate Claimant was denied access to water or restroom breaks. All evidence discovered during the inquiry indicates Claimant was offered drinking water and restroom breaks on a regular basis, and at the will of the Claimant. Claimant's single cell status, Maximum custody status, and the fact that every other holding location in R&R was full, made isolation in the holding cell the only available option. R&R staff were not aware of any pending litigation Claimant may have against the department. This was not a punitive or retaliatory measure; rather it was necessary for the safety of the Claimant, and the security of the institution. Furthermore, Claimant's isolation was required by departmental policy, in accordance with his case factors. Therefore, R&R Sgt. Burnes deemed isolation in the holding cell the only available option at the time. Due to the facilities making the necessary accommodations to house Claimant, the time in R&R could not be remedied. R&R staff was not

able to relocate Claimant due to other inmates occupying the other holding cells. Staff ensured all the needs and concerns for Claimant were addressed during the duration in R&R.

This Supervisorial Review has revealed staff did not violate departmental policy with regard to Claimant's allegations of punitive or retaliatory placement into a holding cell. Nor was any evidence discovered to support the allegation that Claimant was denied drinking water or restroom breaks. However, staff failed to follow departmental policy with regard to generating a Facility Isolation Log Sheet (holding cell log) to document the time spent in the holding cell, and the regular offering of drinking water and restroom breaks. Additionally, Claimant was inside the temporary holding cell over a four (4) hour time frame without a Manager's approval.

**IV. REMEDY**

Corrective Action has been provided to R&R staff regarding Operational Procedure 241, and the proper use of a Facility Isolation Log Sheet when a holding cell is used when custody deems it necessary for the safety and security of the institution.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602 -3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| T. Campbell [CATA003] | CDW (A) | 10/08/2021 |

 **CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** FOSTER, RICHARD TYRONE          **Date:** 01/03/2022

**CDC#:** D16470

**Current Location:** COR-Facility 03C                **Current Area/Bed:** 03C001 2 - 250001L

**Log #:** 000000149899

---

**Claim # 001**

**Received at Institution/Parole Region:** California State Prison, Corcoran

**Submitted to Facility/Parole District:** COR-Facility 03C

**Housing Area/Parole Unit:**

**Category:** General Employee Performance          **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/03/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

---

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To:      Claimant

Subject:  **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

EMERGENCY
APPEAR

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FOSTER, Ricky | D16470 | 3C01-250 | A1-A 11CA |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): "EMERGENCY"
RETALIATION'S & OTHER CIVIL RIGHT VIOLATIONS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 7-19-2021
APPELLANT ARRIVED TO CSP-COR VIA CSP-SATF UPON
ARRIVAL APPELLANT WAS SUMMOND FIRST OFF THE
VAN BY 2ND/IO SGT. (A SHORT STOCKY EUROPEAN MALE)

B. Action requested (If you need more space, use Section B of the CDCR 602-A): 1.) THAT I
BE AWARDED COMPENSATORY & PUNITIVE DAMAGES FOR
RETALIATION'S, EMOTIONAL STRESS, CRUEL AND UNUSUAL
PUNISHMENT FOR FILING AND PURSUING CIVIL--

Supporting Documents: Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

☒ No, I have not attached any supporting documents. Reason: I WAS NOT GIVEN ANY
RECORDS OF WHAT HAPPEN IN 7-87', AND I HAVE 6
WITNESSES WHO ARRIVED WITH ME FROM CSP-SATF
WHO IS WILLING TO COME FORTH

Inmate/Parolee Signature: _____    Date Submitted: 7-30-2021

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only
This appeal has been:    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print name)
Reviewer: _____ Title: _____ Signature: _____
(Print name)
Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___/___/___ |

(vertical text, right margin) STAFF USE ONLY

(stamp) CSP-CORCORAN RECEIVED AUG 09 2021 C.C./?DENT.

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FOSTER, Ricky | D16410 | 3C01-250 | AI-A U/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): WHO WERE AGGRESSIVE
TOWARDS APPELLANT. ASKED WHO APPELLANT RUN WITH? WHO
RESPONDED "NO-TIP" MUSLIM!! AND WITHOUT CAUSE. SGT.
IN QUESTION. PERSONALLY ESCORTED APPELLANT INSIDE R-BR.
AND PLACED APPELLANT IN THE BACK DOCK-AREA OF R-BR.
WHERE FILES & PROPERTY ARE STORED. AND PLACED APPELLANT
INSIDE A "CAGE". APPELLANT STATED HE IS G.P. WHY AM
I BEING PUT INSIDE THIS CAGE? SGT. STATED:"YOU ARE
SINGLE CELL STATUS AND HOLDING-TANKS ARE CONSIDERED
C4C HERE IN CORCORAN; AND WELCOME BACK TO CORCORAN?"
APPELLANT PROTESTED AND FROM 10:45 TO 4:30 P.M HE
WAS HELD INSIDE THE HOLDING CAGE. WAS DENIED WATER,
AND TO USE THE TOILET. WHEREIN, 3RD/W-O CLAIMED
THEY WERE UNAWARE OF WHY 2ND/W-O PUT APPELLANT IN
THE CAGE? AND MOVES APPELLANT TO A HOLDING TANK NEXT
TO THE HOLDING TANK WHERE AIC CSP-SAFE ARTIFACT'S WERE
HELD!! THIS WAS DONE IN RETALIATION FOR PENDING
CIVIL ACTION IN COURT AGAINST 4 CSP-COR OFFICERS. (FOSTER
V.C. BAUER, et al #1:18-CV-01511-DAD-SAB)

Inmate/Parolee Signature: _____     Date Submitted: 7-30-21

B. Continuation of CDCR 602, Section B only (Action requested): LITIGATION'S AGAINST CSP-CORCORAN
OFFICERS;
2.) THAT I BE INTERVIEWED BY OFFICE OF INTERNAL AFFAIRS;
AND PRISON LAW OFFICE FOR INVESTIGATION'S ON ONGOING CIVIL
RIGHT'S VIOLATION FOR UNCONSTITUTIONAL RETALIATIONS FOR EXERCISING
MY FIRST AMENDMENT RIGHTS; 3.) TRANSFERED OUT OF CSP-COR. FOR
ONGOING RETALIATIONS; 4.) THAT UPON EXHAUSTION OF THIS 602
THAT, I WILL BE FILING AND PURSUING CIVIL LITIGATIONS AS
THE SGT. IN QUESTION LABELED ME AS BEING A GANG MEMBER ("BLOOD")
WHICH IS UNTRUE!; AND 5.) THAT I AM INTERVIEWED BY TAPE
RECORDING FOR INTERNAL AFFAIRS INVESTIGATION! AND THIS 602 BE
FILED AS A STAFF-                    COMPLAINT!!!

Inmate/Parolee Signature: _____     Date Submitted: 7-30-21

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| FOSTER {Ricky} | D16410 | 3C01-250 | A1-A U(A |

**A.** Continuation of CDCR 602, Section A only (Explain your issue): WHO WERE AGGRESSIVE
TOWARDS APPELLANT. ASKED WHO APPELLANT RUN WITH? WHO
RESPONDED "NO-TIP" MUSLIM!! AND WITHOUT CAUSE, SGT.
IN QUESTION, PERSONALLY ESCORTED APPELLANT INSIDE R.D.R.
AND PLACED APPELLANT IN THE BACK DOCK-AREA OF R.D.R.
WHERE FILES & PROPERTY ARE STORED, AND PLACED APPELLANT
INSIDE A "CAGE". APPELLANT STATED HE IS G.P. WHY AM
I BEING PUT INSIDE THIS CAGE? SGT. STATED: "YOU ARE
SINGLE CELL STATUS AND HOLDING-TANKS ARE CONSIDERED
CELL HERE IN CORCORAN; AND WELCOME BACK TO CORCORAN!"
APPELLANT PROTESTED AND FROM 10:45 TO 4:30 P.M HE
WAS HELD INSIDE THE HOLDING CAGE; WAS DENIED WATER,
AND TO USE THE TOILET! WHEREIN, 3701(A) CLAIMED
THEY WERE UNAWARE OF WHY 2ND/(A) PUT APPELLANT IN
THE CAGE? AND MOVED APPELLANT TO A HOLDING TANK NEXT
TO THE HOLDING TANK WHERE ALL CSP- SAFF APPLIANCE'S WERE
HELD!! THIS WAS DONE IN RETALIATION FOR PENDING
CIVIL ACTION IN COURT AGAINST 4 CSP-COR OFFICIALS (FOSTER
V.C. BINGER, et al. #1:18-CV-0511-DAD-SAB)

Inmate/Parolee Signature: _[signature]_    Date Submitted: 7-30-21

**B.** Continuation of CDCR 602, Section B only (Action requested): LITIGATION'S AGAINST CSP-CORCORAN
OFFICIAL'S;
2.) THAT I BE INTERVIEWED BY OFFICE OF INTERNAL AFFAIRS;
AND PRISON LAW OFFICE FOR INVESTIGATION'S FOR ONGOING CIVIL
RIGHT'S VIOLATION FOR UNCONSTITUTIONAL RETALIATION'S FOR EXERCISING
MY FIRST AMENDMENT RIGHT'S; 3.) TRANSFERED OUT OF CSP-COR. FOR
ONGOING RETALIATION'S; 4.) THAT UPON EXHAUSTION OF THIS 602
THAT, I WILL BE FILING AND PURSUING CIVIL LITIGATION'S AS
THE SGT. IN QUESTION LABELED ME AS BEING A GANG MEMBER (BLOOD")
WHICH IS UNTRUE!; AND 5.) THAT I AM INTERVIEWED BY TAPE
RECORDING FOR INTERNAL AFFAIRS INVESTIGATION! AND THIS 602 BE
FILED AS A STATE- COMPLAINT !!!

Inmate/Parolee Signature: _[signature]_    Date Submitted: 7-30-21

 **CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** FOSTER, RICHARD T.                                    **CDC#:** D16470

**Date:** 08/11/2021

**Current Location:** COR-Facility 03C                          **Current Area/Bed:** D3C001 2250001L

**From:** Office of Grievances at California State Prison, Corcoran

**Re: Log #** 000000149899

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 08/09/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 10/09/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR 3-04S DGT3NC
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

Offender Name: FOSTER, RICHARD T.

CDC#: D16470

Date: 08/11/2021

Current Location: COR-Facility 03C

Current Area/Bed: 03C001 2250001L

From: Office of Grievances at California State Prison, Corcoran

Re: Log # 000000149899

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 08/09/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 10/09/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #:_____ Date Received:_____ |
| | Date Due:_____ |
| | Categories:_____ |
| | Grievance #: 149899 |

Claimant Name: RICKY T. FOSTER          CDCR #: D16470

Current Housing/Parole Unit: 3CC1-25D   Institution/Facility/Parole Region: CSP-CoR.

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

**Claim #s:**

_____
_____

*This is the process to appeal the decision made regarding a claim that is not listed above.*

Claim #: 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* IT CONSTITUTE "GREEN WALL" COVER-UP!
1.) SOMS SUPPORTS THAT CLAIMANT WAS NOT MAXIMUM CUSTODY ON ARRIVAL TO CSP-CoR AND HIS CASE FACTORS DID NOT SUPPORT ISOLATION TO VIOLATE/THREATEN CSCR's SAFETY & SECURITY! 2.) SGT. BURNS SUMMOND CLAIMANT OFF THE VAN FIRST! THUS, THE HOLDING TANK (WAS) EMPTY! THE HOLDING TANK HOLDS 30 plus (WAS ABOUT ONLY 10 OR 12 ARRIVED I WAS PLACED IN JAR? DUE TO NOT BEING COVID-19 VACCINATED, AND 2 OTHER'S WERE SENT BACK TO CSP-SATF DUE TO HAVIN AN ENEMY AT CSP-CoR WHICH A TOTAL OF 6 (WAS) LEFT! SO HOW (WAS) THE R&R HOLDING TANK FULL? IT WAS NOT!) 3.) SGT. BURNS UPON CLOSING THE CAGE EVER SEATED! "WELCOME BACK TO COR-CoR!" WHICH WAS AN ADMISSION THAT, THE ACT AND ACTION OF TAKING CLAIMANT OFF THE VAN FIRST! WAS RETALIATORY AND PERSONAL →

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____
_____
_____
_____

DISTRIBUTION     Original: Claimant's File     Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)

Page 2 of 2

Claim #: _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* AND TARGETING CLAIMANT FOR HIS FILING AND PURSUING "PENDING" CIVIL CLAIM'S AGAINST CSP-CORCORAN OFFICERS BECAUSE, BEING ON SINGLE CELL STATUS ARE NOT GROUNDS TO PLACE CLAIMANT WHO IS G.P.! NO-TIP! NO ENEMY! TO BE DEEM FACTORS TO PLACE HIM INTO A HOLDING AD-SEG CAGE FROM 10:45 A.m. TO 4:30 P.m. 6 1/2 HRS WITHOUT AFFORDING HIM AIR! WATER! AND ACCESS TO USE OF A TOILET!! — THIS WAS A 8TH AMEND RIGHT VIOLATION! I'm SUING!!! MORE OVER, EACH NAMED i/m's WHO ARRIVED ON JULY 19, 2021 WITH CLAIMANT WAS NOT INTERVIEWED WHO EACH CAN SUPPORT THAT CLAIMANT WAS PULLED OFF THE VAN FIRST! AND THAT THE HOLDING TANK WAS EMPTY WITH DCWS HAS THESE NAMES & CDC#_____ THE DECISION RESPONSE FAILED TO PRODUCE EVIDENCE AS CLAIMED BY SGT. BURNES THAT, CLAIMANTS CASE FACTOR WAS GROUNDS TO PLACE HIM INSIDE THE CAGE! OR THAT CLAIMANT WAS MAXIMUM CUSTODY STATUS! I'm SUING!!

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

THE SUPPORTING EVIDENCE TO SUPPORT CLAIMANTS POSITION ARE, BUT IS NOT LIMITED TO: 1.) SOMIS SUPPORTING CLAIMANT WAS NOT ON July 19, 2021 MAXIMUM CUSTODY STATUS, AND THAT, HIS CASE FACTOR DID NOT SUPPORT SGT. BURNES ACT, ACTIONS, RETALIATIONS AND OMISSIONS; AND 2.) THE CSP-SATF i/m's WHO ARRIVED ON July 19, 2021 WITH CLAIMANT WHO WILL SUPPORT IF INTERVIEWED THAT, CLAIMANT (WAS) THE FIRST PERSON PULLED OFF THE VAN; AND THE R&R HOLDING TANK WAS EMPTY!!

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _____        Date Signed: 10-19-2021

MAIL TO:

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

~EMERGENCY~ APPEAL

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| TAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | COR | 149899 | |
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FOSTER, Ricky | D16470 | 3C01-250 | A1·A 11(A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): "EMERGENCY"
RETALIATION'S & OTHER CIVIL RIGHT VIOLATION'S

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON: 7-19-2021
APPELLANT ARRIVED TO CSP-COR VIA CSP-SATF UPON
ARRIVAL APPELLANT WAS SUMMOND FIRST OFF THE
VAN BY 2ND/C.O. Sgt. (A SHORT STOCKY EUROPEAN MALE)

B. Action requested (If you need more space, use Section B of the CDCR 602-A): 1.) THAT I
BE AFFORDED COMPENSATORY & PUNITIVE DAMAGES FOR
RETALIATION'S, EMOTIONAL STRESS, CRUEL AND UNUSUAL
PUNISHMENT FOR FILING AND PURSUING CIVIL ——

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____    _____

_____    _____

☒ No, I have not attached any supporting documents. Reason: I WAS NOT GIVEN ANY
RECORDS OF WHAT HAPPEN IN 7R/O, AND I HAVE 6
WITNESSES WHO ARRIVED WITH ME FROM CSP-SATF
WHO IS WILLING TO COME FORTH

Inmate/Parolee Signature: _____    Date Submitted: 7-30-2021
☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**        Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
        (Print Name)

Reviewer: _____ Title: _____ Signature: _____
        (Print Name)

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___/___/___ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CoR | 149899 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FOSTER, Ricky | D16410 | 3C01-250 | A1-A U/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): WHO WERE AGGRESSIVE
TOWARDS APPELLANT. ASKED WHO APPELLANT RUN WITH? WHEN
RESPONDED "NO-TIP" MISTAKE!! AND WITHOUT CAUSE, SGT.
IN QUESTION PERSONALLY ESCORTED APPELLANT INSIDE R-BL
AND PLACED APPELLANT IN THE BACK DICK-AREA OF R-BL
WHERE FILES & PROPERTY ARE STORED, AND PLACED APPELLANT
INSIDE A "CAGE" APPELLANT STATED HE IS G.P. WHY AM
I BEING PUT INSIDE THIS CAGE? SGT. STATED "YOU ARE
SINGLE CELL STATUS AND HOLDING-TANK'S ARE CONSIDERED
CELL HERE IN CORCORAN; AND WELCOME BACK TO CORCORAN!
APPELLANT PROTESTED AND FROM 10:45 TO 4:30 P.M HE
WAS HELD INSIDE THE HOLDING CAGE, WAS DENIED WATER,
AND TO USE THE TOILET! WHEREIN, SGT./WHO CLAIMED
THEY WERE (UNAWARE OF WHY) WHY(a) PUT APPELLANT IN
THE CAGE? AND MOVED APPELLANT TO A HOLDING TANK, NEXT
TO THE HOLDING TANK WHERE ALL CSP-SATF ARRIVAL'S WERE
HELD!! THIS WAS DONE IN RETALIATION FOR PENDING
CIVIL ACTION IN COURT AGAINST 4 CSP-COR OFFICIALS FOSTER
V. C. BAIGER, et al #1:18-CV-0511-DAD-SAB)

Inmate/Parolee Signature: _____  Date Submitted: 7-30-21

B. Continuation of CDCR 602, Section B only (Action requested): LITIGATION'S AGAINST CSP-CORCORAN
OFFICIAL'S;
2.) THAT I BE INTERVIEWED BY OFFICE OF INTERNAL AFFAIRS;
AND PRISON LAW OFFICE FOR INVESTIGATION'S FOR ONGOING CIVIL
RIGHT'S VIOLATION FOR UNCONSTITUTIONAL RETALIATION'S FOR EXERCISING
MY FIRST AMENDMENT RIGHT'S; 3.) TRANSFERED OUT OF CSP-COR. FOR
ONGOING RETALIATIONS; 4.) THAT UPON EXHAUSTING OF THIS 602
THAT I WILL BE FILING AND PURSUING CIVIL LITIGATIONS AS
THE SGT. IN QUESTION LABELED ME AS BEING A GANG MEMBER("BLOOD")
WHICH IS UNTRUE! ; AND 5.) THAT I AM INTERVIEWED BY TAPE
RECORDING FOR INTERNAL AFFAIRS INVESTIGATION! AND THIS 602 BE
FILED AS A STAFF-                      COMPLAINT !!!

Inmate/Parolee Signature: _____  Date Submitted: 7-30-21


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** FOSTER, RICHARD T.                                    **CDC#:** D18470

**Date:** 08/11/2021

**Current Location:** COR-Facility 03C                        **Current Area/Bed:** 03C001 2250001L

**From:** Office of Grievances at California State Prison, Corcoran

**Re: Log #** 000000149899

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 08/09/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 10/09/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR 3155 (02/2021)
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

EMERGENCY
APPEAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | COR | 149899 | |
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FOSTER, Ricker | D16470 | 3C01-250 | A1-A 11 (A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): **EMERGENCY**[16]
RETALIATION'S & OTHER CIVIL RIGHT VIOLATION'S

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): ON 7-19-2021
APPELLANT ARRIVED TO CSP-COR VIA CSP-SATF. UPON
ARRIVAL APPELLANT WAS SUMMON FIRST OFF THE
VAN BY 2NW/C/O Sgt. (A SHORT STOCKY EUROPEAN MALE)

B. Action requested (if you need more space, use Section B of the CDCR 602-A): 1.) THAT I
BE AFFORDED COMPENSATORY & PUNITIVE DAMAGES FOR
RETALIATION'S, EMOTIONAL STRESS, CRUEL AND UNUSUAL
PUNISHMENT FOR FILING AND PURSUING CIVIL--

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

CSP-CORCORAN
Received
AUG 09 2021
[stamp]

☒ No, I have not attached any supporting documents. Reason: I was not given any
RECORDS OF WHAT HAPPEN IN R&R', AND I HAVE 6
WITNESSES WHO ARRIVED WITH ME FROM CSP-SATF
WHO IS WILLING TO COME FORTH

Inmate/Parolee Signature: _____    Date Submitted: 7-30-2021

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only                                    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes   ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
                    Date of Interview: _____ Interview Location: _____
Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
                    - See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
            (Print name)

Reviewer: _____ Title: _____ Signature: _____
          (Print name)

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant _____ / _____ / _____ |

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To:       Claimant

Subject:  **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

# EXHIBIT



 CALIFORNIA DEPARTMENT OF
GENERAL SERVICES

**Governor Gavin Newsom**

02/08/2022

Ricky T. Foster D16470
PO Box 3471
Corcoran, CA 93212

RE: Claim 21007119 for Ricky T. Foster D16470 against Department of Corrections
and Rehabilitation (CDCR)

Dear Ricky Foster,

Government Claims Program (GCP) staff completed its investigation of your claim
and rejected it for the following reasons.

The claim involves complex issues that are beyond the scope of analysis and legal
interpretation typically undertaken by the GCP. Claims involving complex issues are
best determined by the courts. Therefore, staff did not make a determination
regarding the merit of the claim, and it is being rejected so you can initiate court
action if you choose to pursue this matter further.

If you choose to pursue court action in this matter, it is not necessary or proper to
include the GCP in your lawsuit unless the GCP was identified as a defendant in your
original claim. Please consult Government Code section 955.4 regarding proper
service of the summons.

If you have questions about this matter, please feel free to contact GCP by phone,
mail, or email using the contact information below. Please remember to reference
the assigned claim number (21007119) in your communication.

Sincerely,

Ulaa Alshami, Program Analyst
Government Claims Program
gcinfo@dgs.ca.gov

**WARNING:** Subject to certain exceptions, you have only six (6) months from the
date this notice was personally delivered or deposited in the mail to file a court action
on this claim. See Government Code Section 945.6. You may seek the advice of an
attorney of your choice in connection with this matter. If you desire to consult an
attorney, you should do so immediately.

Office of Risk and Insurance Management | *State of California* | *Government Operations Agency*
*707 3rd Street, 1st Floor | West Sacramento, CA 95605 | t 800.955-0045 f 916-376-6387*



**DGS** CALIFORNIA DEPARTMENT OF **GENERAL SERVICES**    Governor Gavin Newsom

## DECLARATION OF SERVICE BY U.S. MAIL

Name of Claimant: Ricky T. Foster D16470
GCP File no.: 21007119

I am employed by the Government Claims Program. I am 18 years of age or older. I am familiar with the business practice at the Government Claims Program for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Government Claims Program is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business. On 02/08/2022, I served the attached letter by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Government Claims Program, located at 707 Third Street, West Sacramento, CA 95605, addressed as follows:

Ricky T. Foster D16470
PO Box 3471
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 02/08/2022, at West Sacramento, California.

_Ulaay_

Ulaa Alshami

# EXHIBIT



## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** FOSTER, RICHARD TYRONE    **Current Date:** 10/13/17 10:07:48

**DOB:** 04/20/66        **CDCR:** D16470

**Reason For Visit:** 1:Closed fracture rib; 2:Essential hypertension; 3:Anemia; 4:Gastritis; 5:Traumatic hematoma; Dermatitis

**Recommendations and arrangements for future care**

**Medically Indicated Diets: Diet Inpatient/Outpatient Regular Heart Healthy** 10/06/17 14:27:00 PDT, Constant Indicator

**Devices/Equipment:**

None

<u>Provider Comment:</u>

**Medications**

During the course of your visit, your medication list was updated with the most current information.

**acetaminophen** 650 mg, Oral, Tab, TID-KOP, PRN pain, Administration Type KOP, Order Duration: 14 day, First Dose: 10/06/17 16:00:00 PDT, Stop Date: 10/20/17 15:59:00 PDT

**amLODIPine** 5 mg, Oral, Tab, Daily-KOP, Administration Type KOP, Automatic Refill, Order Duration: 180 day, First Dose: 10/09/17 14:00:00 PDT, Stop Date: 04/07/18 13:59:00 PDT

**aspirin** 81 mg, Oral, Tab-DR, Daily-KOP, Administration Type KOP, Automatic Refill, Order Duration: 180 day, First Dose: 10/08/17 14:00:00 PDT, Stop Date: 04/06/18 13:59:00 PDT

**ferrous sulfate** 325 mg, Oral, Tab, BID-KOP, Administration Type KOP, Automatic Refill, Order Duration: 60 day, First Dose: 09/26/17 14:00:00 PDT, Stop Date: 11/25/17 13:59:00 PST

**hepatitis B adult vaccine 20 mcg/mL intramuscular suspension** 20 mcg = 1 mL, IM, Susp-Inj, Once, Administration Type NA, First Dose: 12/22/17 7:00:00 PST, Stop Date: 12/22/17 7:00:00 PST

**metoprolol tartrate** 25 mg, Oral, Tab, qAM-KOP, Administration Type KOP, Automatic Refill, Order Duration: 180 day, First Dose: 10/08/17 14:00:00 PDT, Stop Date: 04/06/18 13:59:00 PDT

**Milk of Magnesia 8% oral suspension** 2,400 mg = 30 mL, Oral, Susp-Oral, Once a day at bedtime-KOP, PRN constipation, Administration Type KOP, Order Duration: 14 day, First Dose: 10/06/17 16:00:00 PDT, Stop Date: 10/20/17 15:59:00 PDT

**polycarbophil** 1,250 mg, Oral, Tab, BID-KOP, Administration Type KOP, Order Duration: 30 day, First Dose: 10/06/17 16:00:00 PDT, Stop Date: 11/05/17 15:59:00 PST

**triamcinolone 0.1% topical cream** 1 app, Topical, Cream, BID-KOP, PRN other (see comment), Administration Type KOP, Order Duration: 30 day, First Dose: 10/14/17 14:00:00 PDT, Stop Date: 11/13/17 13:59:00 PST

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

FOSTER, RICHARD TYRONE has been given the following list of follow-up instructions, prescriptions, and patient education materials:

## Follow-up Appointments

**Follow Up LVN 10** 09/28/17 0:01:00 PDT, Care Management, 120 days, 12/22/17 23:59:00 PST, Nurse Give hepatitis B #3 injection on about 12/22/2017.

**Medical Chronic Care (CCP) Follow Up 20** 09/15/17 0:01:00 PDT, *180 days (all other chronic conditions), 03/14/18 23:59:00 PDT, F/U HTN, Possible Gastritis, Consider EGD if still has symptoms.

## Chronos

**128-C Dental Refusal** 10/02/17 7:56:00 PDT, Refused to report for a scheduled priority dental appointment OR refused dental treatment.  This is an informational chrono and is not to be used for disciplinary purposes.

**128-D Dental Priority Classification** 09/08/17 13:00:00 PDT, DPC 1B

**128-D Dental Priority Classification** 10/02/17 7:57:00 PDT, DPC 3, CDCR Mainline only; oral health issue or prosthetic in progress

**7410** 09/12/17 20:36:00 PDT

**7410 (SOMS)** 09/12/17 20:37:54 PDT, T, 7410 Expire Date 10/31/2017, LBO



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

**Patient:** **FOSTER, RICHARD TYRONE**
DOB/Age/Sex: 4/20/1966  55 years    Male
Encounter Date: 7/19/2021
Attending:    Aggarwal,Gaurav P & S

CDCR #:    D16470
PID #:    11457904
Referring:    Aggarwal,Gaurav P & S

---

## *Progress Notes*

---

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Outpatient Progress Note
Office Visit Note
8/2/2021 12:55 PDT
Auth (Verified)
Bencito,Cony NP (8/2/2021 13:40 PDT)
Bencito,Cony NP (8/2/2021 13:40 PDT)
Bencito,Cony NP (8/2/2021 13:40 PDT)

**Chief Complaint**
7362 requesting page therapy for H. pylori treatment, Lumify for red eyes, and orthotic shoes

**History of Present Illness**
55-year-old African-American male here for 7362 request for phage therapy for H. pylori treatment, requesting Lumify for red eyes, and requesting orthotic shoes.
He said he was diagnosed with H. pylori back in 2011 and was treated 2x with multiple medications back then.

He said he has constant generalized abdominal pain, it feels like "someone punched me in the stomach." Patient is currently prescribed with omeprazole. He has been on this medication since 3 years ago. Takes medication as prescribed. Denies any side effects. He said he has never had an endoscopy. Negative for any dysphagia/odynophagia, unintentional weight loss, history of GI bleeding, early satiety/recurrent vomiting, or any kind of anemia. He gets occasional nausea.

He is requesting Lumify. He said his eyes are getting blurry. He has a pending Optometry appt pending 10/21/21.
He said his current prescription glasses are 4 years old. He was last seen by optometry on 12/10/2019.

He said he has always had orthotic shoes/boots. It was taken away by transportation during transfer to SATF in 2019. He requested for replacement but was deferred due to pandemic. He has history of gunshot wound to his right leg with 3 surgeries. He reports he developed right leg atrophy that causes pain on his right ankle when he stands and walks on it.

**Problem List/Past Medical History**
  Ongoing
    Chest wall pain (claimed)
    Chronic GERD
    Chronic headaches
    Dry skin dermatitis
    Essential hypertension
  Historical
    Gastritis

**Procedure/Surgical History**
Bone graft for right leg fracture (1995),
Appendectomy (1981).

**Medications**
 **Active Medications:**
amLODIPine  10 mg 1 tab Oral Daily-KOP KOP
aspirin  81 mg 1 tab Oral Daily-KOP KOP
Eucerin Cream (Calming) 226 gm (0633-78) (emollients, topical cream)  1 app Topical BID-KOP KOP PRN: dry skin
ibuprofen  400 mg 1 tab Oral TID-KOP KOP PRN: pain
omeprazole  20 mg 1 cap Oral Daily-KOP KOP

**Allergies**
egg-containing compound
penicillins

**Social History**
  Alcohol
    Never
  Employment/School

**Review of Systems**
See HPI

---

Report Request ID:  46115924

Print Date/Time:  9/14/2021 13:26 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**COR - California State Prison, Corcoran**

Patient:     **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 55 years    / Male        CDCR: D16470

## *Progress Notes*

### Physical Exam

Vitals & Measurements
T: 36.8 °C (Temporal Artery) **HR:** 62 (Peripheral) **RR:** 16 **BP:** 138/76 **SpO2:** 97%
**WT:** 83.77 kg **WT:** 83.77 kg (Wt dosing)
General: No acute distress; appears well; able to get in and out of the chair and ambulate
without any difficulty
Eye: EOM intact, appears to see well; no eye redness, erythema, or drainage
Gastrointestinal: Soft, non tender, non distended
Extremities: No edema; unable to appreciate any atrophy on right lower extremity; healed
scar on right lower leg
Feet: No gross deformity; limited range of motion on right ankle, unsure whether this is due
to lack of effort
Skin: No rashes, lesions, or ulcers
Neurological: AAOx3; moves all extremities; steady gait

### Assessment/Plan
1. Chronic GERD
   Phage therapy is not available in CDCR yet.  He was treated with H. pylori twice.  He has
   been on omeprazole for about 3 years now.  Symptoms unresolved.  He needs to
   have endoscopy to evaluate for Barrett's esophagus and to diagnose complications of
   GERD.  RFS will be submitted today.  Patient would like to continue with omeprazole at
   this time.  I told him that we can retest him for H. pylori but he has to be off of
   medication for 2 to 3 weeks for the results to be accurate.  I explained to him that during
   endoscopy, they can also check for H. pylori.  Report any new or increasing symptoms.
   Avoid known triggers.  Submit 7362 as needed.  CCP follow-up pending.
2. Blurry vision
   Patient needs an updated prescription glasses.  He has a pending appointment with
   optometry with compliance date 10/21/2021.  Encouraged not to miss appointment.  No
   indication for Lumify at this time.  I told him that this medication is usually used for
   treatment of glaucoma.  An eye exam should be done first.
3. Right ankle tendonitis
   Right ankle stiffness and limited range of motion with history of right lower extremity
   gunshot wound with surgery.  Patient is requesting replacement of lost orthotic boots.  I do
   not see any specific atrophy on right lower extremity.  Will trial on right ankle sleeve for
   now.  Will defer referral to orthotics at this time.  May take ibuprofen as needed for pain.
   Continue range of motion exercises.  Report any new or increasing symptoms.  Submit
   7362 as needed.
Orders:
Ankle Foot/Knee Ankle Foot Orthoses (AFO/KAFO) Permanent
Request for Gastroenterology

**Encounter Info:** Patient Name: RICHARD FOSTER,DOB: 04/20/1966,CDCR: D16470,FIN: 1000000101145790 4D16470,Facility:
COR,Encounter Type: Institutional Encounter

---

Highest education level: Some college.
Exercise
   Exercise duration: 30. Exercise frequency:
   Daily. Exercise type: Aerobics.
Substance Abuse
   Never
Tobacco
   Never

### Family History
Diabetes mellitus: Mother and Grandmother
(P).

### Lab Results
WBC 5.4 thou/mcL 07/30/2021 08:45 PDT
Hgb 14.5 gm/dL 07/30/2021 08:45 PDT
Hct 42.5 % 07/30/2021 08:45 PDT
Platelet 275 thou/mcL 07/30/2021 08:45 PDT
Chloride 104 mmol/L 07/30/2021 08:45 PDT
CO2 28 mmol/L 07/30/2021 08:45 PDT
Creatinine 1.07 mg/dL 07/30/2021 08:45 PDT
Glucose Level 84 mg/dL 07/30/2021 08:45
PDT
Hgb A1c 5.1 % of total Hgb 07/30/2021 08:45
PDT
HDL 42 mg/dL 07/30/2021 08:45 PDT
LDL 101 mg/dL (calc) 07/30/2021 08:45 PDT
(High)

### Diagnostic Results
see HPI

---

Report Request ID:    46115924                              Print Date/Time:  9/14/2021 13:26 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

| | | | |
|---|---|---|---|
| **Patient:** | **FOSTER, RICHARD TYRONE** | | |
| DOB/Age/Sex: | 4/20/1966  55 years  Male | CDCR #: | D16470 |
| Encounter Date: | 7/19/2021 | PID #: | 11457904 |
| Attending: | Aggarwal,Gaurav P & S | Referring: | Aggarwal,Gaurav P & S |

---

### *Progress Notes*

---

Document Type:                 Progress Note-Nurse
Document Subject:              H Pylori treatment clarified for IP
Service Date/Time:              8/23/2021 11:01 PDT
Result Status:                  Auth (Verified)
Perform Information:           Dougherty,Susan RN (8/23/2021 11:03 PDT)
Sign Information:               Dougherty,Susan RN (8/23/2021 11:03 PDT)
Authentication Information:     Dougherty,Susan RN (8/23/2021 11:03 PDT)

Encounter Info: Patient Name: RICHARD FOSTER,DOB: 04/20/1966,CDCR: D16470,FIN: 10000001011457904D16470,Facility: COR,Encounter Type: Institutional Encounter

IP seen to discuss his omeprazole not working.  IP informed he will be followed up by GI specialist for further treatment of his H Pyloris issues.  IP was satisfied with this answer.  No further questions asked. . I/P verbalizes understanding, teach back successful, all questions answered.

Electronically Signed on 08/23/2021 11:03 AM PDT

---

Dougherty, Susan RN, RN

Report Request ID:  46115912                  Print Date/Time:  9/14/2021 13:25 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

| | | | |
|---|---|---|---|
| **Patient:** | **FOSTER, RICHARD TYRONE** | | |
| DOB/Age/Sex: | 4/20/1966  55 years     Male | **CDCR #:** | D16470 |
| Encounter Date: | 7/19/2021 | **PID #:** | 11457904 |
| Attending: | Aggarwal,Gaurav P & S | **Referring:** | Aggarwal,Gaurav P & S |

| *Request for Service* |
|:---:|

**Request for Services (RFS) Entered On: 8/3/2021 9:34 PDT**
**Performed On: 8/3/2021 9:31 PDT by Borbolla, Olivia RN**

**Patient Encounter Information**
*ENCTR Information :*  Encounter Info: Patient Name: RICHARD FOSTER,DOB: 04/20/1966,,FIN:
10000001011457904D16470,Facility: COR,Encounter Type: Institutional Encounter

Borbolla, Olivia RN - 8/3/2021 9:31 PDT

**Primary_UM RN Review**
*UM Nurse Review :*  Criteria Met
*UM Tracking Number :*  COR-19/20-1708420
*EPRD. :*  Expected Parole Release Date (EPRD)
EPRD: 01/12/2009 (07/11/19)
*Appointment Type :*  Offsite
*Cancelled :*  No

Borbolla, Olivia RN - 8/3/2021 9:31 PDT

**2nd/3rd Level Review**
*Physician Manager :*  Approved

Russell, Marie CME - 8/3/2021 12:56 PDT

*RFS Order Details :*   Requested Services for Gastroenterology:EGD

Primary Diagnosis:Chronic GERD (K21.9)
Ordering Provider:Cony Bencito
Requested Start Date and Time:08/02/21 0:01:00 PDT
Priority:Routine Priority (46-90 days)
Specialist Name and Instructions:History of H. pylori infection status post treatment back in 2011. Never had endoscopy before.
Reason For Request:constant acid reflux/heartburn despite omeprazole for more than 3 years now
Requested End Date/Time:10/31/21 23:59:00 PDT
Comments:Need to identify Barrett's esophagus into diagnosis complications of GERD.

Borbolla, Olivia RN - 8/3/2021 9:31 PDT

**Problem_List**
*Problem List Reviewed :*  Yes
*Problem :*  Chest wall pain (claimed)
Chronic GERD
Chronic headaches
Dry skin dermatitis
Essential hypertension

---

Report Request ID:   46115918

Print Date/Time:   9/14/2021 13:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

COR - California State Prison, Corcoran

Patient:      **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 55 years    / Male          CDCR: D16470

| ***Request for Service*** |
| --- |

Russell, Marie CME - 8/3/2021 12:56 PDT

**Offsite/Consultant Note**
*Include Note for Offsite/Consultation Provider :*  Yes
*Thank you for providing care to our patient. :*   In the interest of patient continuity, could you please provide preliminary
instructions for future care while your final consultation/report is being generated?
*Any Medication Changes :*  X_____,
X_____,
xx_____

_____

*Requested Diagnostic Imaging and/or Lab Testing :*
X_____,
X _ California State Prison _____,
xx_____ FOSTER, Ric_____

*Other Specialty Services Requested/Required :*
X_____,
X_____,
xx_____

*Date of Service:* X _____
*Consultant Printed Name :* X _____
*Consultant Signature :* X _____

Russell, Marie CME - 8/3/2021 12:56 PDT

Report Request ID:   46115918                 Print Date/Time:  9/14/2021 13:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SATF - California Substance Abuse Treatment Facility**

Patient:   **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 56 years   / Male      CDCR: D16470

| *Assessment Forms* |
|---|

Vaccine is not interchangeable with other Covid-19 vaccines.\*\*\*
To be injected in the deltoid muscle.

+triamcinolone 0.1% Cream 30 gm : +triamcinolone 0.1% Cream 30 gm ; Status: Ordered ; Ordered As Mnemonic: triamcinolone 0.1% topical cream ; Simple Display Line: 1 app, Topical, BID-KOP ; Ordering Provider: Mbadugha, Chika PA; Catalog Code: triamcinolone topical ; Order Dt/Tm: 1/19/2021 12:40:54 PST

+1-ibuprofen 400 mg Tab : +1-ibuprofen 400 mg Tab ; Status: Ordered ; Ordered As Mnemonic: ibuprofen ; Simple Display Line: 400 mg, Oral, TID-KOP, PRN: pain ; Ordering Provider: Metts, Julius P&S; Catalog Code: ibuprofen ; Order Dt/Tm: 11/30/2020 11:21:03 PST

+calcium carbonate 500 mg Tab-Chew : +calcium carbonate 500 mg Tab-Chew ; Status: Ordered ; Ordered As Mnemonic: Tums 500 mg oral tablet, chewable ; Simple Display Line: 1,000 mg, 2 tab, Chewed, TID-KOP, PRN: heartburn ; Ordering Provider: Metts, Julius P&S; Catalog Code: calcium carbonate ; Order Dt/Tm: 10/30/2020 14:24:31 PDT ; Comment: Chew and swallow 2 tablets by mouth 3 times a day as needed for heartburn. Request Refills

+1-omeprazole 20 mg Cap-DR : +1-omeprazole 20 mg Cap-DR ; Status: Ordered ; Ordered As Mnemonic: omeprazole ; Simple Display Line: 20 mg, Oral, Daily-KOP ; Ordering Provider: Mbadugha, Chika PA; Catalog Code: omeprazole ; Order Dt/Tm: 8/27/2020 16:04:12 PDT

Home Meds
loratadine : loratadine ; Status: Documented ; Ordered As Mnemonic: loratadine 10 mg oral tablet ; Simple Display Line: 1 tab, Oral, Daily, KOP, 30 tab, 0 Refill(s) ; Catalog Code: loratadine ; Order Dt/Tm: 9/6/2017 11:41:32 PDT

calcium carbonate : calcium carbonate ; Status: Documented ; Ordered As Mnemonic: calcium carbonate 500 mg (200 mg elemental calcium) oral tablet, chewable ; Simple Display Line: 1 tab, Chewed, TID, KOP, PRN: as needed to control stomach acid, 30 tab, 0 Refill(s) ; Catalog Code: calcium carbonate ; Order Dt/Tm: 9/6/2017 11:40:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SATF - California Substance Abuse Treatment Facility

Patient:    **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 56 years    / Male        CDCR: D16470

| *Assessment Forms* |
|---|

| | |
|---|---|
| ibuprofen | : ibuprofen ; Status:  Documented ; Ordered As Mnemonic: ibuprofen 600 mg oral tablet ; Simple Display Line:  1 tab, Oral, q6hr, KOP, PRN: as needed for pain, 40 tab, 0 Refill(s) ; Catalog Code: ibuprofen ; Order Dt/Tm:  9/6/2017 11:38:32 PDT |
| polycarbophil | : polycarbophil ; Status:  Documented ; Ordered As Mnemonic: calcium polycarbophil 625 mg oral tablet ; Simple Display Line: See Instructions, TAKE 2 TABS BY MOUTH EVERY DAY WITH LOTS OF WATER KOP, 0 Refill(s) ; Catalog Code: polycarbophil ; Order Dt/Tm:  9/6/2017 11:37:10 PDT |
| aspirin | : aspirin ; Status:  Documented ; Ordered As Mnemonic: aspirin 81 mg oral tablet ; Simple Display Line:  1 tab, Oral, Daily, KOP, 30 tab, 0 Refill(s) ; Catalog Code:  aspirin ; Order Dt/Tm:  9/6/2017 11:36:28 PDT |
| amLODIPine | : amLODIPine ; Status:  Documented ; Ordered As Mnemonic: amLODIPine 5 mg oral tablet ; Simple Display Line:  1 tab, Oral, Daily, KOP, 30 tab, 0 Refill(s) ; Catalog Code: amLODIPine ; Order Dt/Tm:  9/6/2017 11:35:25 PDT |

(As Of: 2/2/2021 10:41:52 PST)

<u>Allergies (Active)</u>

| | |
|---|---|
| egg-containing compound | Estimated Onset Date:  Unspecified ; Created By:  Bains, Sukhdeep Pharm I; Reaction Status:  Active ; Category:  Drug ; Substance:  egg-containing compound ; Type:  Allergy ; Severity:  Unknown ; Updated By:  Bains, Sukhdeep Pharm I; Reviewed Date:  2/2/2021 10:40 PST |
| penicillins | Estimated Onset Date:  Unspecified ; Created By: Contributor_system, ADT_UPLOAD; Reaction Status:  Active ; Category:  Other ; Substance:  penicillins ; Type:  Allergy ; Severity:  Unknown ; Updated By:  Contributor_system, ADT_UPLOAD; Reviewed Date:  2/2/2021 10:40 PST |

(As Of: 2/2/2021 10:41:52 PST)

<u>Problems(Active)</u>

| | |
|---|---|
| Chest wall pain (claimed) (SNOMED CT :165907014 ) | Name of Problem:  Chest wall pain (claimed) ; Recorder: Metts, Julius P&S; Confirmation:  Confirmed ; Classification: Medical ; Code:  165907014 ; Contributor System:  PowerChart ; Last Updated:  2/5/2020 12:49 PST ; Life Cycle Date: 02/05/20 ; Life Cycle Status:  Active ; Responsible Provider: Metts, Julius P&S; Vocabulary:  SNOMED CT |

---

Report Request ID:    56779803                      Print Date/Time:  6/24/2022 10:17 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**SATF - California Substance Abuse Treatment Facility**

Patient:        **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 56 years      / Male          CDCR: D16470

| *Assessment Forms* |
|---|

| | |
|---|---|
| Chronic GERD (SNOMED CT :353135014 ) | Name of Problem:  Chronic GERD ; Recorder:  Green, Barry PA; Confirmation:  Confirmed ; Classification:  Medical ; Code: 353135014 ; Contributor System:  PowerChart ; Last Updated: 8/3/2019 09:53 PDT ; Life Cycle Status:  Active ; Responsible Provider:  Green, Barry PA; Vocabulary:  SNOMED CT |
| Chronic headaches (SNOMED CT :2768393011 ) | Name of Problem:  Chronic headaches ; Recorder:  Metts, Julius P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  2768393011 ; Contributor System:  PowerChart ; Last Updated:  2/5/2020 12:49 PST ; Life Cycle Date:  02/05/20 ; Life Cycle Status:  Active ; Responsible Provider:  Metts, Julius P&S; Vocabulary:  SNOMED CT |
| Essential hypertension (SNOMED CT :99042012 ) | Name of Problem:  Essential hypertension ; Recorder:  Ahmad, Nader CP&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  99042012 ; Contributor System:  PowerChart ; Last Updated:  7/3/2019 12:47 PDT ; Life Cycle Date: 07/03/19 ; Life Cycle Status:  Active ; Responsible Provider: Ahmad, Nader CP&S; Vocabulary:  SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Chest wall pain (claimed) | Date:  8/3/2019 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Chest wall pain (claimed) ; Classification:  Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R07.89 |
| Chronic GERD | Date:  4/7/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Chronic GERD ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code: K21.9 |
| Chronic headaches | Date:  8/14/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Chronic headaches ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code: R51 |
| Dizziness | Date:  8/14/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Dizziness ; Classification:  Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R42 |
| Essential hypertension | Date:  4/7/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Essential hypertension ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  I10 |
| Health care maintenance | Date:  8/14/2020 ; Diagnosis Type:  Working ; Confirmation: Confirmed ; Clinical Dx:  Health care maintenance ; Classification:  Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00 |

Report Request ID:     56779803                    Print Date/Time:  6/24/2022 10:17 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**SATF - California Substance Abuse Treatment Facility**

Patient:        **FOSTER, RICHARD TYRONE**
DOB/Age/Sex:  4/20/1966  / 56 years    / Male          CDCR: D16470

| *Assessment Forms* |
|---|

Low back pain                   Date:  4/7/2020 ; Diagnosis Type:  Discharge ; Confirmation:
                               Confirmed ; Clinical Dx:  Low back pain ; Classification:
                               Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:
                               M54.5

Past Medical History
                                                              (As Of: 2/2/2021 10:41:52 PST)

Past Medical History
                                                              (As Of: 2/2/2021 10:41:52 PST)

Pre-Vaccination Screening
covid-19 feeling sick today :  No
pt. meets criteria day prior to vaccine :  Yes
COVID-19 ever received vaccine dose :  No
Any allergic reaction :  No
Ever had reaction to any vaccine :  No
covid-19 severe allergic reaction :  No
covid-19 received antibody therapy :  No
covid-19 other vaccine last 14 days :  No
covid-19 positive test :  No
covid-19 weakened immune system :  No
covid-19 bleeding disorder :  No
covid-19 pregnant or breastfeeding :  No
                                              Carrasquillo, Maryellen RN - 2/2/2021 10:40 PST

COVID-19 Pre-Vaccination Provider Notification
covid-19 feeling sick today :  No
pt. meets criteria day of vaccine :  Yes
                                              Carrasquillo, Maryellen RN - 2/2/2021 10:40 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                    California State Prison Corcoran

---

| | | | |
|---|---|---|---|
| Name: | RICHARD FOSTER | Patient ID: | 11457904 |
| DOB: | 4/20/1966 | Secondary ID: | D16470 |
| Exam Name: | XR RIBS BILAT-3 VWS \| 71110 | | |
| Age: | 51Y 5M | Exam Date: | 8/29/2017 09:02 AM |
| Primary Care Provider: | | | |
| Ordering Provider: | F. Hernandez, NP | | |

---

CLINICAL INDICATION: pain s/p alleged assault
COMPARISON: None
TECHNIQUE: 6 Views of the chest and rib cage were acquired

FINDINGS:

Chest: Normal heart and lungs. No pneumothorax.
RIBS: Minimally displaced right 10th rib fracture. No destructive osseous
lesions.

IMPRESSION:

Minimally displaced right 10th rib fracture

**Report Electronically Signed by:** B.BROWN, MD
**Report Electronically Signed on:** 8/29/2017 12:06 PM

---

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

Calipatria State Prison

---

| | | | |
|---|---|---|---|
| Name: | RICHARD FOSTER | Patient ID: | 11457904 |
| DOB: | 4/20/1966 | Secondary ID: | D16470 |
| Exam Name: | XR RIBS RIGHT-2 VWS W/ | | |
| | CHEST 1 VW \| 71101 | Exam Date: | 10/9/2017 12:30 PM |
| Age: | 51Y 5M | | |
| Primary Care Provider: | A. Lopez, MD | | |
| Ordering Provider: | E. Estock, MD | | |

---

CLINICAL INDICATION: right rib fx
COMPARISON: August 29, 2017.
TECHNIQUE: 3 Views of the chest and rib cage were acquired

FINDINGS:

Chest: Normal heart and lungs. No pneumothorax.
RIBS: Healing bilateral rib fractures are present with fractures of the anterior
arch of the right fourth through seventh ribs and fractures of the anterior arcs
of the left fourth through sixth ribs.

IMPRESSION:

Healing bilateral rib fractures.

Report Electronically Signed by:  R WATERS MD
Report Electronically Signed on:  10/9/2017 01:24 PM

---

INMATE COPY



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                    Calipatria State Prison

---

| | | |
|---|---|---|
| Name: | RICHARD FOSTER | Patient ID:   11457904 |
| DOB: | 4/20/1966 | Secondary ID: D16470 |
| Exam Name: | XR RIBS RIGHT-2 VWS W/ | |
| | CHEST 1 VW \| 71101 | Exam Date:   12/4/2017 10:15 AM |
| Age: | 51Y 8M | |
| Primary Care Provider: A. Lopez, MD | | |
| Ordering Provider:   M. Kim, MD | | |

---

CLINICAL INDICATION: fu rib fx
COMPARISON: None
TECHNIQUE: 2 bilateral thoracic cavity

FINDINGS:

Healed/healing right-sided rib fractures with no new fracture deformity
identified. Known left-sided rib fractures are not as conspicuous on the present
exam, suggestive of healed deformity
Limited imaged lungs are clear. Normal heart size.

IMPRESSION:

Chronic fracture deformities with no acute osseous abnormality.

Report Electronically Signed by:  B BROWN, MD
Report Electronically Signed on:  12/4/2017 10:22 AM

---

* Auth (Verified) *

Page 3 of 12

## Pioneers Memorial Healthcare District - Brawley, CA 92227

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 207 W. Legion Road | | | | |
| **Patient:** | D16470CAL CDC | | **DOB:** | 4/20/1966 | |
| **MR #:** | 451261 | | **Age/Gender:** | 51y M | |
| **DOS:** | 9/12/2017 12:23 | | **Acct #:** | 102028707 | |
| **Private Phys:** | State Prison Calipatria MD | | **ED Phys:** | Sow Kobayashi, MD | |

HPI: 51-year-old incarcerated male status post appendectomy presenting with abdominal pain since 8:00 this morning. Patient states acute onset right lower quadrant pain which radiates to the right flank. He describes pain as sharp in sensation, constant, moderate to severe in intensity and positional. Patient also states ongoing costal pain from broken ribs 5 weeks ago. He denies fever, chills, nausea, vomiting, shortness of breath, chest pain, dysuria, hematuria, diarrhea, bright red blood per rectum. he denies recent trauma, last assault was 5 weeks ago when he broke his ribs.

PMH/Med/All: Agree with triage

FH - No similar

SH - Good social support

ROS - all other systems neg

Exam:

Vitals noted

Gen wdwn nad, alert with normal mental status

Head atraumatic, nc

Ears nl external

Eyes eomi, sclera nl

Mouth: mmm op clear

Neck supple, no jvd

Chest cta bilat

Heart rrr no mrg

Abd: right lower quadrant tenderness to palpation, right CVA tenderness, soft

Ext no cyanosis/edema

---

*Printed By Kathryn A. Hayes, RN on 9/12/2017 5:17 PM*

**Clinical Chart**

EXHIBIT


3001-250


**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

# CLASSIFICATION COMMITTEE CHRONO

| Inmate Name: FOSTER, RICHARD T. | Date: 02/16/2022 |
|---|---|
| CDC#: D16470 | Date of Birth: 04/20/1966 |
| Control Date: 01/12/2009 | Control Date Type: Minimum Eligible Parole Date |

| Hearing Date: 02/16/2022 | Hearing Type: Annual |
|---|---|
| Committee Type: Institution Cls. Committee (UCC) | Correctional Counselor: D. Patterson |

**STATIC CASE FACTORS**

**Current Offenses**

| Crime (Statute) | Offense | Time Imposed | Release Date | Release Type |
|---|---|---|---|---|
| PC209(b)[01] | Kidnap/Robbery | Life With Parole | 01/12/2009 | Indeterminate Sentence Law (ISL) |

**Summary**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

"S" is not a participant in the MHSDS.

## COMMITTEE ACTION SUMMARY

ANNUAL CDCR REVIEW: RET COR-IV 3C 270 GP, PX CSR REV/TX; REF CSR, REC TX NKSP-III GP, W/ALT SOL-III (B-YARD) GP, DUE TO ADMIN DET - BEH (GOOD BEHAVIOR) / CASE FACTORS. CPP. FD/FH CLEAR. CONT S/C, MED-A CUST & WG/PG A1A EFF 10/11/17. MH REV, EFF COMM EST, S/A: N/A, S.D TABE NOTED. APPEALS EXPLAINED. DDP-NCF; DPP-N/A; IHC-RE

## COMMITTEE COMMENTS

COMMITTEE NOTES: "S" is COR-IV GP endorsed, per CSR action dated 07/15/21. "S" meets the criteria for Level-IV housing based on Classification Score and case factors. Current endorsement remains appropriate.

Today's committee serves as "S's" Annual Review, covering from 02/01/21 to 01/31/22. "S" received (3) six month review period(s) for Average to Above Average Work Performance and (2) six month review period(s) for No Serious Disciplinary Behavior. "S's" classification score decreased by 8 points during this annual review. "S" has a current placement score of 137, with a mandatory minimum score of 19, due to PC 209(b), resulting in an automatic 910 administrative determinant. "S's" WG/PG A1A and Medium-A custody. "S" is currently assigned to Clerk.

"BIG 8 REVIEW": During this Annual Review, UCC reviewed for "Big 8" disciplinary points added to "S's" Initial Scoresheet. Per policy, as of 1/1/13, all points added to the Initial Scoresheet dated 10 years prior to "S's" term start date shall be subtracted. It was discovered no adjustment to classification score is required.

CASEWORK FOLLOW-UP: N/A.

180/270 HOUSING REVIEW: "S" does not have Level-IV 270 design exclusionary criteria.

LOWER LEVEL PLACEMENT / BEH REVIEW: "S" is being reviewed today, per CCR Title 15, Section 3375.2: Administrative Determinants, for possible placement in a facility with a security level which is not consistent with "S's" placement score. UCC has reviewed "S's" confidential file, disciplinary history and case factors.

"S" has the following serious disciplinary history, for this term: Fighting - 02/05/19, 08/06/17; Behavior which could lead to violence - 09/23/19, 12/08/08, 12/03/07, 10/05/01, 04/20/99, Delaying a Peace Officer in the Performance of Duties - 10/08/17, 12/06/11, 08/25/04, 03/27/01, 03/06/01, 03/13/01; Possession of a cellular telephone - 10/23/16, Failure to Follow Security Protocols - 09/21/07, Refusing a Direct Order - 01/02/06, 04/23/99, 10/15/95, 10/10/95, Refusing a Cellmate - 12/15/02, 10/31/00, Threatening Staff - 03/20/02, 11/03/00, 08/22/97, 11/03/94, Resisting Staff - 04/23/01, Leaving Work W/Out Permission - 10/12/00, Mutual Combat - 03/06/00, Disrespect to Staff - 10/15/98, Destruction of State Property -

04/25/96, Disruptive and Inciteful Behavior - 04/25/95.

"S" has participated in the following Programs, during this term:  GED, Anger Management, Denial Management, Criminal Thinking, SAP, Voc Computer Literacy, Literacy Tutor, Computer Tech, Voc Office Serv & Related Tech, Computer Repair.

"S" has displayed a positive program, with no serious disciplinary history, over the past three (3) years and has participated in many of the Programs available to him. Upon discussion with "S" and among Committee members, UCC feels "S's" current record of behavior indicates a desire to positively program and a capability of successful placement at a facility with a security level lower than that which is consistent with his placement score. Therefore, UCC feels "S" is eligible for lower level placement, based on the Administrative Determinant; BEH.  "S" stated he wished to transfer to WSP-III GP, with an alternate of SOL-III (B-Yard) GP, due to Institutional/Yard preference.

NON-DESIGNATED PROGRAMMING DISCLOSURE: Today's committee reiterated information to "S" that CDCR has LEVEL-III GP Non-Designated programming facilities.  It is expected that all inmates will program together and comply with integrated housing expectations regardless of prior GP or SNY programing or level designations.  "S" was informed placement into a Non-Designated programming facility is involuntary and he shall be subject to the departmental disciplinary process in the event that he is non-compliant with transfer and/or housing assignments.  "S" disagrees with being placed on a Non-Designated facility.

REHABILITATIVE CASE PLAN STUDY (RCPS):  Annual - "S's" RCPS - 2038 dated 01/27/21, was reviewed with "S".  It is noted "S" has not met his goals regarding his rehabilitation plan and objectives.  "S" states this is due to COVID restrictions to Programs.  New RCP timelines, and available programs provided at COR, facility 3C, were discussed with the inmate.  "S" agreed with the proposed waitlist recommendations.  "S" signed the new RCPS - 2038 dated 02/15/22.

PREA REVIEW: As part of the Annual Review, "S's" completed PREA screening form and all available documentation in SOMS and ERMS was reviewed. During case conference, "S" was asked if he had any additional relevant information that should be considered for future housing and/or program/work assignments.  "S" stated he had no additional information to provide and feels his housing placement and programing are appropriate at this time. During Pre-Committee case conference it is noted "S" was provided PREA Education and provided with the Inmate Orientation Manual upon arrival at COR.  "S" was informed of the Departmental PREA policy and educated on reporting instructions.

WORK/HOUSING RESTRICTIONS:  Per SOMS MCC dated 07/23/21, "S" is Full Duty, Low Risk, Uncomplicated nursing, with no COCCI restriction.  "S" does not have any restrictions impacting work/housing placement.  TB code is 92 per Inmate Health Assessment dated 12/03/21 reviewed from SOMS.

CELL REVIEW: "S's" Integrated Housing Code (IHC) is RE and remains appropriate.  Committee elects to continue "S" on SINGLE CELL per UCC action dated 02/04/2020, due to in cell violence and age; noting "S" requested to remain S/C due to his Mental Health; Age, and Non Affiliation with any STG faction.  "S" also stated he is getting older and finds it difficult to coexist with a cellmate.  UCC notes the RVR's dated 04/21/1987, 09/19/1987, 03/06/2000, and 02/05/2019, for "Fighting" in cell with no SBI or weapons.  UCC also notes the RVR's dated 12/05/2002 and 12/5/2011, for "Refusing Assigned Housing".

COMMITTEE ACTION:  After a review of "S's" case factors, Committee elects to retain "S" COR-IV 3C, pending CSR review/transfer.  Refer to CSR. Recommend transfer to NKSP-III GP, w/alternate of SOL-III (B-Yard) GP, due to Administrative Determinate – BEH (GOOD BEHAVIOR) / case factors. Continue present program. WG/PG:  A1A effective 10/11/17.

ERMS CONFIDENTIAL FILE:  Reviewed and noted.  "S's" Confidential and Non-Confidential Offender Separation Alerts have been reviewed and /or updated in SOMS.

CASE FACTORS:  For full case factors, please refer to SOMS Classification Review dated 08/02/21.

COMPAS:  Core COMPAS needs assessment was completed on 09/25/15.

SUSPECTED GANG AFFILIATION: No STG affiliation noted.

BPH (Sub: #1):  NLT - 12/30/23.

EFFECTIVE COMMUNICATION:  No disabilities or issues requiring effective communication noted.  "S" stated he did not require Effective Communication Assistance.  During case conference prior to committee, the manner and detail in which "S" repeated the information given to him, indicated "S" understood.  TABE score of 5.0 noted.

| INMATE INVOLVEMENT IN HEARING | |
|---|---|
| Attendance:  Waived Presence | 72 Hour Notice Waiver:  Yes |
| Interpreter Name: | |
| | S/A Discharged Date: |
| Staff Assistant Name: | Informed of Appeal Rights:  Yes |
| Agrees with Recommendations:  Yes | |

**Inmate Comments**

"S" waived his attendance for committee; therefore, "S's" case was seen in-absentia, per inmate's request.  "S" received knowledge of committee's proposed action during case conference and will accept committee's decision.  "S" will be advised of committee's action via the CDCR 128G.  "S" was advised of his administrative right to appeal committee's decision.

| RECORDER | | |
|---|---|---|
| D. Patterson | | 02/15/2022 |
| | | Date |

| CHAIRPERSON |
|---|

Page 2 of 3

CDC NUMBER: D16470 NAME: FOSTER, RICHARD T.



**CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation**

# AUDITOR ACTION

| | | | |
|---|---|---|---|
| **Inmate Name:** FOSTER, RICHARD T. | | **Date:** 02/01/2021 | |
| **CDC#:** D16470 | **Security Level:** Level 4 (191) | | **Facility:** SATF-Facility C |

**Audit Type:**   Transfer Endorsement (between Institutions)   **Audit Result:**   Endorsed

**Administrative Determinants:**

Serving Life Sentence (Affixed)

## Transfer Endorsement

| | | |
|---|---|---|
| ⦿ Life Prisoner | BPH Hearing Date: | ○ Condemned  ○ LWOP  ⦿ N/A |

### Enemy Concerns

| | |
|---|---|
| ⦿ Offender Separation Noted  ○ No Comment<br>○ Offender Separation Clear<br>☐ Enemy at Receiving Institution | ☐ SNY |

### "R" Suffix Issues / Other Case Factors

| "R" Suffix Issues | Other Case Factors |
|---|---|
| ○ "R" Suffix Noted  ○ "R" Suffix Reqd  ⦿ N/A | ☑ VIO  ☐ ESC  ☐ Sex  ☐ Arson  ☐ Computer |

### Close Custody / "S" Suffix Issues

| Close Custody | "S" Suffix Issues |
|---|---|
| ○ Close  ⦿ N/A | ☑ Suffix Noted  ☐ Single Cell Rx |

| | |
|---|---|
| ☐ Endorsement is based on Dept Need<br>☐ Hardship  ☐ Re-direct Tx  ☐ Re-affirm Tx | ☐ Prior CSR concerns have been addressed<br>☐ Prior CSR action is recinded |

### MHSDS Issues / Clinical Category Issues

| MHSDS Issues | Clinical Category Issues |
|---|---|
| ○ CCCMS  ○ Remove from MHSDS<br>Date: 05/20/2020<br>○ EOP  ⦿ No MHSDS Needs | ○ I  ○ II  ⦿ N/A |
| ☐ Madrid Clearance<br>Date: | ○ Restricted - Cocci Area 1<br>○ Restricted - Cocci Area 2<br>⦿ N/A |

**Transport Precaution Code**

☐ 92

**DPP Issues**

☐ DPW (Wheelchair)  ☐ DPM (Mobility)  ☐ DPV (Vision)  ☐ DPH (Hearing)
☐ DPS (Speech)
☐ DPO (Other)  ☐ DNM  ☐ DNV  ☐ DNH  ☐ DNS
☐ DLT  ☐ DKD

**DDP Issues**

● NCF  ○ NDD  ○ DD1  ○ DD2  ○ DD3  ○ N/A
Date: 03/06/2003

**Detainers**

☐ ICE Potential          ☐ ICE Active     ☐ Felony
☐ Other                  ☐ Other Active   ☐ Misdemeanor
Potential

**Confidential Folder**

○ Clear  ● Information Noted  ○ No Comment

**Miscellaneous Issues/Comments**

☐ This is a Retention                ☐ Retain ASU (180 days) pending Transfer
☐ Transfer upon MERD expiration      ☐ Case conferenced with a CSU Manager

**Institution Approved:**  California State Prison, Corcoran    **Program:**    COR-IV(270)

**Override Reason:**    ZZZ-None

This transfer approval expires on 07/31/2021 and will require return to Auditor for re-authorization.

**Comments:**  There appears to be an error on reclassification scoresheet dated 01/31/2020; review/update No Serious Disciplinary Periods.

Review CDC 128B dated 04/25/19 and CDC 128B dated 04/04/17 to determine if appropriate for the GEN CHRONO tab; refer to CM dated 05/13/2020.

There appears to be a duplicate CM dated 08/21/17 and 05/13/2020; review/remove if duplicate.

Endorsed to COR IV.



**AUDITOR**

| Name: | N. Thompson ⊙ | CSR | 02/01/2021 |
|---|---|---|---|
| | | Title | Date |

CDCR SOMS ICCT164 - Auditor Action



MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ricky Tyrone Foster<br>P.O.BOX 3471,D16470<br>Corcoran Ca 93212<br><br>TELEPHONE NO.:          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  In pro-se | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF kings
STREET ADDRESS: 1640 Kings County Dr.
MAILING ADDRESS: Hanford Ca 93230
CITY AND ZIP CODE:
BRANCH NAME: civil

PLAINTIFF/PETITIONER: Ricky Tyrone Foster
DEFENDANT/RESPONDENT: R & R-Sgt Burnes & T Campbell

| DECLARATION | CASE NUMBER: |
|---|---|

I, _Luis Estrada_, CDCr# _H-81292_, do here by declares as follows,but is not limited to:

1.) On 7/19/2021,I arrived from CSP-SATF to CSP-Corcoran along with the party of the instant action plaintiff Ricky Foster,D16470,

2.) I personally witness a unknown named Receiving and Release Sgt ordering for Foster to exit the transportation van by displaying Foster's prison i.d card,as Foster was the very first prisoner to be summond off the transportation van who was escorted into the R & R by the same  Sgt,and other guards after removing the hand-cuff's.

3.) Upon my departure off  the transportation van,and being escorted to a large holding tank..I did not see Foster? did not know where was? as it was approx 12 prisoner's on the van from CSP-SATF,and it was not until after 4:00 p.m when I finally witness Foster being escorted from the very back area out of sight area of R & R and placed into a holding room next to the holding tank all other's were in..I am willing to testify in court if summons to this event!!

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4-19-22

_Luis Estrada_
(TYPE OR PRINT NAME)
CDCr#: H-81292,

_Luis Estrada_
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* witness for the plaintiff Foster

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Ricky Tyrone Foster
P.O.BOX 3471,D16470
Corcoran Ca 93212

TELEPHONE NO.:                    FAX NO. *(Optional)*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* In pro-se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF kings
STREET ADDRESS: 1640 Kings County Dr.
MAILING ADDRESS: Hanford Ca 93230
CITY AND ZIP CODE.
BRANCH NAME: civil

PLAINTIFF/PETITIONER: Ricky Tyrone Foster
DEFENDANT/RESPONDENT: R & R-Sgt Burnes & T Campbell

| DECLARATION | CASE NUMBER: |
|---|---|
| | 1: 22-cv-00934-HBK (PC) |

I, _MYRON A. PAYNE_ ,CDCr# _H91139_ , do here by declares as
follows,but is not limited to:

1.) On 7/19/2021,I arrived from CSP-SATF to CSP-Corcoran along with
   the party of the instant action plaintiff Ricky Foster,D16470.

2.) I personally witness a unknown named Receiving and Release Sgt
   ordering for Foster to exit the transportation van by displaying
   Foster's prison i.d card.as Foster was the very first prisoner to
   be summond off the transportation van who was escorted into the
   R & R by the same  Sgt,and other guards after removing the hand-
   cuff's.

3.) Upon my departure off  the transportation van,and being escorted
   to a large holding tank..I did not see Foster? did not know where he
   was? as it was approx 12 prisoner's on the van from CSP-SATF.and
   it was not until after 4:00 p.m when I finally witness Foster
   being escorted from the very back area out of sight area of R & R
   and placed into a holding room next to the holding tank all other's
   were in..I am willing to testify in court if summons to this event!!

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 4-17-2022

_MYRON A. PAYNE_
CDCr#: _H91139_ ,
(TYPE OR PRINT NAME)

_Myron a. Payne_
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* witness for the
                                    plaintiff Foster

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ricky Tyrone Foster<br>P.O. BOX 3471, D16470<br>Corcoran Ca 93212 | |

TELEPHONE NO.:                    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: In pro-se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF kings
STREET ADDRESS: 1640 Kings County Dr.
MAILING ADDRESS: Hanford Ca 93230
CITY AND ZIP CODE:
BRANCH NAME: civil

PLAINTIFF/PETITIONER: Ricky Tyrone Foster

DEFENDANT/RESPONDENT: R & R-Sgt Burnes & T Campbell

| DECLARATION | CASE NUMBER: |
|---|---|

I, Curtis Hunter          , CDCr# 605202   , do here by declares as
follows, but is not limited to:

1.) On 7/19/2021, I arrived from CSP-SATF to CSP-Corcoran along with
the party of the instant action plaintiff Ricky Foster, D16470,

2.) I personally witness a unknown named Receiving and Release Sgt
ordering for Foster to exit the transportation van by disolaying
Foster's prison i.d card.as Foster was the very first prisoner to
be summond off the transportation van who was escorted into the
R & R by the same  Sgt,and other guards after removing the hand-
cuff's.

3.) Upon my departure off  the transportation van,and being escorted
to a large holding tank..I did not see Foster? did not know where HE
was? as it was approx 12 prisoner's on the van from CSP-SATF,and
it was not until after 4:00 p.m when I finally witness Foster
being escorted from the very back area out of sight area of R & R
and placed into a holding room next to the holding tank all other's
were in..I am willing to testify in court if summons to this event!!

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/19/2022

Curtis Hunter
CDCr#: 605202   ,
*(TYPE OR PRINT NAME)*

Curtis Hunter
*(SIGNATURE OF DECLARANT)*

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify)*:  witness for the
plaintiff Foster

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1 2006]

**DECLARATION**

Page 1 of 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Ricky T. Foster
PLAINTIFF,

v.

J. Burnes, et al.,
DEFENDANTS.

Case Number:
1:22-CV-00934-HBK (PC)

**PROOF OF SERVICE**

_____/

I hereby certify that on _8/31/22_, I served a copy

of the attached _Amended 1983 w/exhibits_.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_Wasco_:

(List Name and Address of Each
Defendant or Attorney Served)

Attorney General Office
Carolina Faccin (D.A.G)
PO Box 85266
San Diego Ca 92166-5266
(Attorney for Defendants:
J. Burnes, and T. Campbell.)

I declare under penalty of perjury that the foregoing is true and correct.

_Lawuna Woodard_
(Signature of Person Completing Service)   CDC# T-81170
(Non-Party Server)