| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICKY TYRONE FOSTER, | | No. 1:22-cv-0934 JLT HBK (PC) |
| | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | | |
| J. BURNES and T. CAMPBELL, | | |
| | Defendants. | (Doc. 23) |

Ricky Tyrone Foster screened seeks to hold the defendants liable for violations of his civil rights related to his time in a holding cell. The magistrate judge screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and determined he did not state cognizable claims. (Doc. 23 at 5-12.) The magistrate judge observed that "[t]he The FAC essentially mirrors Plaintiff's initial complaint and reasserts the same claims previously found to be deficient without remedying the defects that the Court identified in its original Screening Order." (*Id.*) Given the failure to cure the identified deficiencies, the magistrate judge recommended the Frist Amended Complaint be dismissed without leave to amend. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 23 at 13.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Thereafter, the

Court granted an extension of time and ordered Plaintiff to "deliver his objections … to correctional officials for mailing no later than January 24, 2024." (Doc. 25 at 2.) The Court did not receive any objections, and the extended time for Plaintiff to object has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on December 11, 2023 (Doc. 23) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: **February 8, 2024**

UNITED STATES DISTRICT JUDGE